**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1121

CHARMAINE K. GASQUE,

　　　　　　Plaintiff - Appellant,

　　　v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.　Mary G. Lewis, District Judge. (4:13-cv-03141-MGL)

Submitted:　May 26, 2015　　　　　Decided:　June 24, 2015

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charmaine K. Gasque, Appellant Pro Se.　Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charmaine K. Gasque appeals the district court's order adopting the recommendation of the magistrate judge and affirming the Commissioner's denial of Gasque's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gasque v. Commissioner, No. 4:13-cv-03141-MGL (D.S.C. Jan. 27, 2015). We deny as moot the motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED